ore evidently made its way through the openings to that part of the Osborne fault last referred to, and on upward through the comparatively narrow space forming the only connection with that portion of the vein within the boundaries of the Senator Stewart Fraction claim that extends from the point of its entry therein at the southerly boundary of the claim to its contact with the Osborne fault, near the northerly side line of the claim. That portion of the vein, as has been said, underlies the Clancy fault. It is shown to be practically level, and is clearly shown by the evidence, and is practically conceded by counsel on both sides, to be a part of the apex of the vein in question. We think it is very clearly shown by the model referred to to be its only apex within the boundaries of the Senator Stewart Fraction claim. It, however, afforded the plaintiff in the case no basis for the assertion of any extralateral right, for the obvious reason that it entered the claim through one of its side lines, and in its course or strike did not pass out of the claim at all. Consequently, the plaintiff based its complaint solely upon an alleged apex thus described therein:

"That within said Senator Stewart Fraction quartz lode mining claim is a certain vein or lode bearing silver, lead, and other valuable minerals, the top or apex of which vein or lode crosses the easterly end line of said claim at approximately the center thereof between corners Nos. 1 and 2, and extends within the boundaries of said claim in a westerly direction, following the general course of said claim, for a distance of seven hundred five (705) feet, more or less."

The foregoing description, as will be readily seen from the diagram above inserted, covers an alleged apex extending from the letter C to B. The evidence showing, as has been above pointed out, that there is no such apex, the suit of the plaintiff must necessarily fail.

Accordingly in each case the judgment appealed from is affirmed.

---

### STEWART MINING CO. v. BUNKER HILL & SULLIVAN MINING & CONCENTRATING CO.

(Circuit Court of Appeals, Ninth Circuit. November 2, 1914.)

No. 2389.

Appeal from the District Court of the United States for the Northern Division of the District of Idaho; Frank S. Dietrich, Judge.

Suit in equity by the Stewart Mining Company against the Bunker Hill & Sullivan Mining & Concentrating Company. Decree for defendant, and complainant appeals. Affirmed.

See, also, Stewart Mining Co. v. Bourne, 218 Fed. 327.

Before GILBERT and ROSS, Circuit Judges, and WOLVERTON, District Judge.

PER CURIAM. Upon the authority of Stewart Mining Co. v. Jonathan Bourne, Jr., et al. (No. 2390) and Stewart Mining Co. v. Sierra Nevada Mining Co. (No. 2391) 218 Fed. 327, 134 C. C. A. 123, just decided, the judgment herein is affirmed.